**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No.  505
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS  NV  89101
Ph:  (702) 444-4392
Fax: (702) 444-4455
Email: rick@richardharrislaw.com
**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KELLIE T. FORD,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　　　　Defendants. | Case No.  2:16-cv-02614-APG-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE MOTION TO REMAND (*SECOND REQUEST*)** |

　　　Comes now Plaintiff, by and through his attorney, RICHARD HARRIS, ESQ., and requests an eight (8) day extension of time, through and including April 7, 2017 to file the **MOTION TO REMAND**.  Plaintiff's current deadline to file the **Motion to Remand** is March 30, 2016. Defendant's counsel has been contacted, has no objection to this request, and stipulates to this Motion via email.

　　　This extension is necessary because the firm's contract appellate associate, Linda Ziskin, who will be writing the briefs, has been ill this week.

　　　It is therefore respectfully requested that Plaintiff be granted an 8-day extension of time to file the **MOTION TO REMAND** up to and including April 7, 2016.

| | |
|---|---|
| DATED this 22nd day of March 2017. | DATED this 22nd day of March 2017. |
| /s/ *Richard A. Harris* | /s/ *Jeffrey Chen* |
| **RICHARD A. HARRIS, ESQ.** | (As authorized via email 3/22/17) |
| Nevada State Bar No. 505 | **MICHAEL MARRIOTT, ESQ.** |
| RICHARD HARRIS LAW FIRM | Special Assistant U.S. Attorney |
| 801 S FOURTH ST. | 160 Spear Street, Suite 800 |
| LAS VEGAS  NV  89101 | San Francisco, CA 94105 |
| Ph:  (702) 444-4392 | (415)977-8939 |
| Fax:  (702) 444-4455 | |
| Email: rick@richardharrislaw.com | |
| Attorney for Plaintiff | |

IT IS SO ORDERED.

_____
~~Hon. Andrew P. Gordon~~
~~United States District Court Judge; or~~
Hon. Nancy J. Koppe
United States Magistrate Judge

DATED:  March 23, 2017