1   STEVEN W. MYHRE
    Acting United States Attorney
2   DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
3   Social Security Administration
    MICHAEL K. MARRIOTT, CSBN 280890
4   Special Assistant United States Attorney
5          160 Spear Street, Suite 800
           San Francisco, California 94105
6          Telephone: (415) 977-8985
           Facsimile: (415) 744-0134
7          E-Mail: Michael.Marriott@ssa.gov

8   Attorneys for Defendant

9

10                  **UNITED STATES DISTRICT COURT**

11                       **DISTRICT OF NEVADA**

12                       **LAS VEGAS DIVISION**

13

14  KELLIE TRULL FORD,                  )  Case No:  2:16-cv-02614-APG-NJK
                                        )
15              Plaintiff              )
                                        )  **STIPULATION FOR VOLUNTARY**
16       v.                            )  **REMAND PURSUANT TO SENTENCE**
                                        )  **FOUR OF 42 U.S.C. § 405(g)**
17  NANCY A. BERRYHILL, Acting         )
    Commissioner of Social Security,   )        **ORDER**
18                                      )
                Defendant.             )
19  _____)

20       IT IS HEREBY STIPULATED by and between the parties, through their undersigned

21  attorneys, and with the approval of the Court, that the Commissioner of Social Security has

22  agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The

23  purpose of the remand is to offer Plaintiff a new hearing and decision.

24

25

26                                    -1-

1    Upon remand to the defendant, the Office of Disability Adjudication and Review

2    (ODAR) will remand this case to an Administrative Law Judge (ALJ) with instructions to

3    convene another administrative hearing and reconsider whether Plaintiff meets the listings.  The

4    ALJ will also reevaluate the medical evidence of record, including the medical opinion evidence,

5    and reassess Plaintiff's residual functional capacity.  The ALJ will take any further action

6    deemed necessary to develop the record and issue a new decision.

7

8                                                      Respectfully submitted,

9    Date:  July 21, 2017                             RICHARD HARRIS LAW FIRM

10

11                                          By:      /s/* Joshua R. Harris
                                                     JOSHUA R. HARRIS
                                                     *authorized by email July 21, 2017
12

13                                                   Attorneys for Plaintiff

14   Date:  July 21, 2017                             DANIEL G. BOGDEN
                                                      United States Attorney
15

16                                          By:      /s/ Michael K. Marriott
                                                     MICHAEL K. MARRIOTT
17                                                   Assistant Regional Counsel

18                                                   Attorneys for Defendant
     Of Counsel
19   Jeffrey Chen
     Assistant Regional Counsel
20   Social Security Administration

21

22                                                   IT IS SO ORDERED.

23

24
     DATE:  7/24/2017
25                                                   UNITED STATES DISTRICT JUDGE

26

-2-