# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLIE T. FORD,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:16-cv-02614-APG-NJK<br><br>ORDER<br>FOR EAJA FEES |

Based on the Motion being filed, it is hereby ORDERED that attorneys' fees in the amount of SEVENTY-SEVEN HUNDRED DOLLARS AND 00/100 (**$7700.00**) , pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, shall be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney at the address above. There are no costs or expenses.

Dated: July 31, 2017.

_____
UNITED STATES DISTRICT JUDGE

/s/ Joshua R. Harris

**JOSHUA R. HARRIS, ESQ.**, Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST. LAS VEGAS NV 89101
Ph: (702) 444-4392  Fx: (702) 444-4455
Email: rick@richardharrislaw.com
**Attorney for Plaintiff**