AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Kellie Trull Ford

              Plaintiff,

V.

Carolyn W. Colvin

              Defendant.

**JUDGMENT FOR ATTORNEYS' FEES IN A CIVIL CASE**

Case Number: 2:16-cv-02614-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that attorneys' fees in the amount of $7,700.00 is awarded to Plaintiff pursuant to the Equal Access to Justice Act. There are no costs or expenses.

July 31, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Shelly Denson

(By) Deputy Clerk