# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Kellie Trull Ford            **JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

         Plaintiff,

v.                                      Case Number: 2:16-cv-02614-APG-NJK

Carolyn W. Colvin

         Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Joshua Harris is awarded attorney's fees in the amount of $21,409.00. FURTHER ORDERED that Joshua Harris shall reimburse plaintiff Kellie Trull Ford the amount of $7,700.00 for EAJA fees previously paid by the Commissioner.

11/7/2018                                           DEBRA K. KEMPI
Date                                                          Clerk

                                                                /s/ S. Denson
                                                                Deputy Clerk